STATE v. PATTON

No. 347P98

Case below: 130 N.C.App. 487

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


STATE v. PULLIAM

No. 463P98

Case below: 131 N.C.App. 155

Motion by Attorney General for temporary stay allowed 23 October 1998. Petition by Attorney General for writ of supersedeas denied 3 December 1998. Petition by Attorney general for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.


STATE v. REID

No. 290P98

Case below: 129 N.C.App. 845

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.